IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Cr. A. No. 06- 96-UNA |
| GLORIA JUSTINIANO | : | REDACTED |

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT I

From in or about May 1999 to in or about April 2004, in the State and District of Delaware, **GLORIA JUSTINIANO**, defendant herein, did knowingly and willfully embezzle, steal, purloin, and convert to her own use, money, namely $5,001.40, of the Social Security Administration, an agency and department of the United States, by repeatedly double negotiating benefit checks, in violation of Title 18, United States Code, Section 641.

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

By: _____
David L. Hall
Assistant United States Attorney

Dated: 5 SEP 06

FILED
SEP -5 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE