UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA, )
)
        Plaintiff, )
)
) CASE NO. CR 06-96 (KAJ)
vs. )
)
Gloria Justiniano )
)
        Defendant. )

### ORDER

The defendant, upon entering a plea of not guilty to the Indictment on September 28, 2006 requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until November 13, 2006 The time between the date of this order and November 13, 2006 shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

                                          Honorable Mary Pat Thynge
                                          U.S. Magistrate Judge

cc: Defense Counsel
     United States Attorney



FILED

SEP 28 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE