AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF **DELAWARE**

UNITED STATES OF AMERICA
V.

Gloria Justiniano

(Name and Address of Defendant)

**REDACTED**

## SUMMONS IN A CRIMINAL CASE

Case Number: CR 06-96 (~~UNA~~) KAJ

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| J. Caleb Boggs Federal Building<br>844 North King Street<br>Wilmington, Delaware 19801 | Magistrate Ctrm # 6C, 6th Floor |
| | Date and Time |
| Before:   Honorable Mary Pat Thynge, U.S. Magistrate Judge | September 28, 2006 at 1:00 P.M. |

** Please report to the U.S. Marshal's office Rm #100 by NOON

To answer a(n)

X Indictment   ☐ Information   ☐ Complaint   ☐ Violation Notice   ☐ Probation Violation Petition

Charging you with a violation of Title ___18___ United States Code, Section(s) ___641___

Brief description of offense:

EMBEZZLE, STEAL, PURLOIN AND CONVERT MONEY FROM THE SOCIAL SECURITY ADMINISTRATION

_Evette Watson_, Deputy Clerk
Signature of Issuing Officer

September 15, 2005 in Wilmington, DE
Date

Peter T. Dalleo, Clerk of Court
Name and Title of Issuing Officer

FILED
2006 OCT -6 AM 8:47
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

AO83 (Rev. 12/85) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Service was made by me | Date |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: _As def. showed for ct appearance_

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned  _10-5-06_
         Date

_DW Thomas_
Name of United States Marshal

_S Tabry_
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.

