IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-96-KAJ |
| | ) | |
| GLORIA JUSTINIANO, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE

**PLEASE** withdraw the appearance of David L. Hall as attorney of record for the United States, and enter the appearance of Robert F. Kravetz, Assistant United States Attorney for the District of Delaware, in the above-captioned case.

        Respectfully submitted,

        COLM F. CONNOLLY
        United States Attorney

BY: /s/ Robert F. Kravetz
      Robert F. Kravetz
      Assistant United States Attorney
      Nemours Building, Suite 700
      1007 Orange Street
      P.O. Box 2046
      Wilmington, DE 19899-2046
      302-573-6277, x133

Dated: November 30, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 06-96-KAJ |
| ) | |
| GLORIA JUSTINIANO, ) | |
| ) | |
| Defendant. ) | |

### CERTIFICATE OF SERVICE

I, Robert F. Kravetz, Assistant United States Attorney for the District of Delaware, hereby certify that on the 30th day of November 2006, I caused to be electronically filed a **Notice of Substitution of Counsel and Entry of Appearance** with the Clerk of the Court. I further certify that a copy of the foregoing was sent via U.S. mail to counsel of record as follows:

Christopher S. Koyste, Esquire
Assistant Federal Public Defender
First Federal Plaza, Suite 110
704 King Street,
Wilmington, DE 19801

/s/ Robert F. Kravetz
Robert F. Kravetz
Assistant United States Attorney