# FEDERAL PUBLIC DEFENDER
District of Delaware
704 King Street, Suite 110
Wilmington, Delaware 19801
(302) 573-6010   FAX (302) 573-6041

Edson Bostic
Acting Federal Public Defender

Eleni Kousoulis
Christopher S. Koyste
Assistant Federal Public Defenders

Moira McGuire Kulik
Research and Writing Specialist

December 13, 2006

The Honorable Kent A. Jordan
United States District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE 19801

      **Re:**    **United States v. Gloria Justiniano**
              **Criminal Action No. 06-96-KAJ**

Dear Judge Jordan:

      I am writing to request that a suppression hearing for this case remain unscheduled due to the fact that I am having Ms. Justiniano examined to determine if she is competent. I spoke to Mr. Kravetz and he does not oppose this request.

      Respectfully submitted,

      /s/
      Christopher S. Koyste
      Assistant Federal Public Defender

cc:   Robert F. Kravetz, AUSA
      Ms. Gloria Justiniano
      Clerk of the Court