IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Crim. No. 06-096-SLR |
| | ) |
| GLORIA JUSTINIANO, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 15th day of March, 2007,

IT IS ORDERED that a telephone status conference is scheduled for **Monday, May 14, 2007** at **4:30 p.m.**, with the court initiating said call.

_____
United States District Judge