IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 06-96-SLR |
| ) | |
| GLORIA JUSTINIANO, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Having considered the parties' Joint Motion to Exclude Time Under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(2), **IT IS HEREBY ORDERED** this _12th_ day of _June_ 2007, that the time within which trial in the above-captioned matter must commence shall be excluded by a period of twelve months from May 16, 2007, the date in which the parties entered into a Pretrial Diversion Agreement.

IT IS FURTHER ORDERED that a telephonic Status Conference is scheduled for **Friday, May 16, 2008, at 8:30 A.M.**, with the Court initiating said call.

IT IS FURTHER ORDERED that the time between **May 16, 2007** and the **May 16, 2008** teleconference is excluded under the Speedy Trial Act. 18 U.S.C. § 3161(h)(2).

_____
Honorable Sue L. Robinson
Chief United States District Judge

3