IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 06-096-SLR |
| ) | |
| GLORIA JUSTINIANO, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

At Wilmington this 6th day of August, 2007,

IT IS ORDERED that the telephone status conference scheduled for **May 16, 2008** is **cancelled** and **rescheduled** to commence on **Tuesday, May 20, 2008** at **8:30 a.m.**, with the court initiating said call.

IT IS FURTHER ORDERED that the time between this order and **May 20, 2008** shall be excluded under the Speedy Trial Act in the interests of justice. 18 U.S.C. § 3161(h)(2).

_____
United States District Judge