UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,         : | |
| :  | |
| Plaintiff,         : | |
| :  | |
| v.         : | Criminal Action No. 06-96-SLR |
| :  | |
| GLORIA JUSTINIANO,         : | |
| :  | |
| :  | |
| Defendant.         : | |

**SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE**

**PLEASE** withdraw the appearances of Edson A. Bostic, Esquire and Christopher S. Koyste, Esquire as attorneys of record and enter the appearance of Luis A. Ortiz, Esquire as attorney on behalf of Defendant, Gloria Justiniano, in the above-captioned matter.

/s/ Luis A. Ortiz
LUIS A. ORTIZ, ESQUIRE
Assistant Federal Public Defender
One Customs House, Suite 110
704 King Street
Wilmington, DE  19801
302-573-6010
ecf_de@msn.com

DATED:  August 27, 2007