IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-96-SLR |
| | ) | |
| GLORIA JUSTINIANO, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION AND ORDER TO DISMISS COUNT I OF THE INDICTMENT

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Robert F. Kravetz, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to dismiss Count I of the Indictment returned against Defendant Gloria Justiniano on September 5, 2006. Ms. Justiniano complied successfully with the conditions of an Agreement for Pretrial Diversion entered into between the parties on May 16, 2007.

COLM F. CONNOLLY
United States Attorney

By: _/s/ Robert F. Kravetz_
Robert F. Kravetz
Assistant United States Attorney

Dated: May 16, 2008

SO ORDERED this _____ day of May 2008.

_____
Honorable Sue L. Robinson
United States District Judge